IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY L. GEORGE,

        Petitioner,             No. CIV S-10-3075 DAD P

    vs.

PEOPLE OF THE STATE OF CA,

        Respondent.            ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed his petition on November 15, 2010, together with a motion for an extension of time to file an application to proceed in forma pauperis. The court's own records reveal that petitioner has previously filed with this court a petition containing identical allegations against the same respondent. (No. CIV S-10-3058 GGH P).[1] That earlier filed action, Case No. CIV S-10-3058 GGH P, is now submitted for decision. Due to the duplicative nature of the present case, the court will dismiss this habeas action.

/////

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. This action is dismissed as duplicative of Case No. CIV S-10-3058 GGH P;

3     2. All pending motions are denied as moot; and

4     3. This action is closed.

5 DATED: March 8, 2011.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
geor3075.123